JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | Case No. 8:18-01789 VBF (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| DAVID MAIN et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

DATED: February 12, 2020

*Valerie Baker Fairbank*
_____

The Hon. Valerie Baker Fairbank
Senior United States District Judge